# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0208−1 | User: | Date Created: 5/13/2020 |
| Case: 20−10346−rg | Form ID: 155new | Total: 20 |

**Recipients of Notice of Electronic Filing:**
db     Susanne Carol Hunter     sueanne1201@gmail.com
ust     United States Trustee     USTPRegion02.NYECF@USDOJ.GOV

                                                     TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
tr     Jil Mazer−Marino     Cullen and Dykman LLP     100 Quentin Roosevelt Boulevard     Garden City, NY 11530
aty     Jil Mazer−Marino     Cullen and Dykman LLP     100 Quentin Roosevelt Boulevard     Garden City, NY 11530
smg     New York State Tax Commission     Bankruptcy/Special Procedures Section     P.O. Box 5300     Albany, NY 12205−0300
smg     United States Attorney's Office     Southern District of New York     Attention: Tax & Bankruptcy Unit     86 Chambers Street, Third Floor     New York, NY 10007
smg     N.Y. State Unemployment Insurance Fund     P.O. Box 551     Albany, NY 12201−0551
smg     New York City Dept. Of Finance     345 Adams Street, 3rd Floor     Attn: Legal Affairs − Devora Cohn     Brooklyn, NY 11201−3719
7676718     CAPITAL ONE LLC     P.O. BOX 30285     SALT LAKE CITY, UT 84130
7676719     CAPITAL ONE/WALMART     P.O. BOX 30285     SALT LAKE CITY, UT 84130
7676730     CARE CREDIT SYNCHRONY     PO BOX 965033     ORLANDO, FL 32896−5033
7676720     DISCOVER FIN SVCS, LLC     P.O. BOX 29037     PHOENIX, AZ 85038−9034
7676731     JPMCB(CHASE)AMAZON     P.O. BOX 6294     CAROL STREAM, IL 60197−6294
7676727     LENDING CLUB/COMENITY BANK     P.O. BOX 659622     SAN ANTONIO, TX 78265−9622
7676732     LENOX HILL RADIOLOGY     P.O. BOX 781853     DETROIT, MI 48277−1853
7676728     MT. SINAI DOCTORS FACULTY PRACTICE     P.O. BOX 21085     NEW YORK, NY 10087−1085
7676729     SYNCB/EBAY     P.O. BOX 965013     ORLANDO, FL 32896−5004
7676733     SYNCB/PPC     P.O. BOX 965004     ORLANDO, FL 32896−5004
7676734     VERIZON     1095 AVE OF THE AMERICAS     NEW YORK, NY 10036
7676735     VERIZON WIRELESS     P.O. BOX 660108     DALLAS, TX 75266−0108

                                                     TOTAL: 18